ELLIOT ENOKI
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 4 2001

at____ o'clock and____ min.____
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00324 SOM |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| | ) | [21 U.S.C. § 841(a)(1)] |
| vs. | ) | |
| | ) | |
| JEROME "JERRY" SUMRAL, JR., (01) | ) | |
| DAVID NEWTON, (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

On or about June 19, 1996, in the District of Hawaii,
and elsewhere, defendants, JEROME "JERRY" SUMRAL, JR. and DAVID
NEWTON, did knowingly and intentionally distribute in excess of
10 grams, to wit, approximately 47 grams, of methamphetamine, its
salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code,
§ 841(a)(1).

DATED: _____, 2001 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury


_____
ELLIOT ENOKI
United States Attorney


_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney



United States v. Jerome "Jerry" Sumral and David Newton
"First Superseding Indictment"
Cr. No. 00-00324 SOM


2