EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS        #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 4 2005

at 2 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

JUN 2 3 2005
2:50pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00324-01 SOM |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| JEROME SUMRAL,    (01) | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Jerome Sumral ("Defendant Sumral") on the grounds that Defendant Sumral was charged and sentenced in Cr. No. 00-00305-03 DAE.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Sumral in the Indictment for Cr. No. 00-00324-01 SOM after sentencing in the case of Cr. No. 00-00305 DAE.

Defendant Sumral was sentenced on June 20, 2005, to two hundred forty (240) months jail.  Defendant Sumral is currently in custody.

        DATED:  Honolulu, Hawaii, _June 23, 2005_.

                        EDWARD H. KUBO, JR.
                        UNITED STATES ATTORNEY
                        District of Hawaii

                        By _____
                        CHRIS A. THOMAS
                        Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

                        SUSAN OKI MOLLWAY

                        _____
                        UNITED STATES DISTRICT JUDGE

        JUN 23 2005
DATED: _____


United States v. Jerome Sumral
Cr. No. 00-00324-01 SOM
"Order for Dismissal"


2